# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### Indianapolis Division

| | |
|---|---|
| DEMONA FREEMAN, <br> *Plaintiff*, <br> <br> v. <br> <br> OCWEN LOAN SERVICING, INC., <br> *Defendant*. | ) <br> ) <br> ) <br> ) **Case No.** 1:18-cv-3844-TWP-DLP <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

TO: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: **Demona Freeman, Plaintiff.**

Dated this 6th day of December 2018.

                                           Respectfully submitted,

                                           */s/ Travis W. Cohron*
                                           Travis W. Cohron, No. 29562-30
                                           **CLARK, QUINN, MOSES, SCOTT & GRAHN, LLP**
                                           320 N. Meridian Street, Suite 1100
                                           Indianapolis, IN 46204
                                           Telephone: (317) 637-1321
                                           Fax: (317) 687-2344
                                           tcohron@clarkquinnlaw.com
                                           *Counsel for the Plaintiff*