UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DEMONA FREEMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:18-cv-03844-TWP-DLP ) |
| OCWEN LOAN SERVICING, LLC, MANLEY DEAS KOCHALSKI, LLC, BANK OF NEW YORK MELLON, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

This matter has come before the Court on motion of John C. Lynch of Troutman Sanders LLP, seeking an order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of the Defendants, in the above-styled cause only (Dkt. 96). Being fully advised, the Motion is hereby **GRANTED**.

Applicant's contact information should be entered as follows:

John C. Lynch (VA Bar No. 39267)
Troutman Sanders, LLP
222 Central Park Ave, Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutman.com

So ORDERED.

Date: 11/20/2019

_Doris L. Pryor_
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.