IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Indianapolis Division

| | |
|---|---|
| DEMONA FREEMAN,<br><br>    Plaintiffs,<br><br>  v.<br><br>OCWEN LOAN SERVICING, LLC,<br>and THE BANK OF NEW YORK MELLON<br>f/k/a THE BANK OF NEW YORK as<br>successor in interest to JPMorgan Chase Bank,<br>N.A., as Trustee for C-BASS Mortgage Loan<br>Asset-Backed Certificates, Series, 2005-RPI,<br><br>    Defendants. | Case No.  1:18-CV-3844-TWP-DLP |

## JOINT MOTION TO EXTEND THE STAY

Defendants Ocwen Loan Servicing, LLC ("Ocwen") and The Bank of New York Mellon ("BONY") (collectively "Defendants") and Plaintiff Demona Freeman ("Plaintiff") (collectively the "Parties"), by counsel, submit this Joint Motion to Extend the Stay in this case.  The Parties respectfully request the Court extend the stay of discovery ninety (90) days and schedule new pre-trial deadlines in this case.  In support of this Motions, the Parties state as follows:

1. On January 8, 2020, the Court entered an Order staying discovery in this case until July 7, 2020.

2. On June 29, 2020, the Parties appeared before the Court for a telephonic status conference.  The Parties agreed that the stay should remain in place while the Court considers Defendants' Motions to Dismiss (ECF Nos. 92, 93), in particular given the current pandemic.

3. Good cause exists to grant this Motion because a ruling on the Motions to Dismiss will allow the Parties to avoid unnecessary discovery disputes, prepare for an engage in a more

production settlement conference, and hone in on the facts and issue that will be relevant for summary judgment and trial, if necessary.

4. The Parties also suggest that, should this Motion be granted, they will convene and provide a joint Amended Case Management Plan to reestablish the pre-trial deadlines in this case within fourteen (14) days of the stay being lifted.

WHEREFORE, Defendants Ocwen Loan Servicing, LLC, Bank of New York Mellon, and Plaintiff respectfully request the Court grant this Motion, and (1) extend the current stay of discovery for a period of ninety (90) days, (2) permit the parties to submit a joint amended Case Management within fourteen (14) days of the stay being lifted, and (3) grant such further relief that is deemed equitable and just. A Proposed Order granting this Motion is attached as **Exhibit A**.

Dated: July 6, 2020

| | |
|---|---|
| By: _/s/ Travis Cohron_____ | By: */s/ Ethan G. Ostroff* |
| Travis W. Cohron | John C. Lynch |
| Michael P. Maxwell, Jr. | Ethan G. Ostroff |
| Clark Quinn Moses Scott & Grahn LLP | Carter R. Nichols |
| 320 N. Meridian Street, Suite 1100 | TROUTMAN PEPPER HAMILTON SANDERS LLP |
| Indianapolis, IN 46204 | 222 Central Park Avenue, Suite 2000 |
| Telephone: (317) 637-1321 | Virginia Beach, VA 23454 |
| E-mail: tcohon@clarkquinnlaw.com | Telephone: (757) 687-7500 |
| E-mail: mmaxwell@clarkquinnlaw.com | E-mail: john.lynch@troutman.com |
| | E-mail: ethan.ostroff@troutman.com |
| Nicholas H. Wooten | E-mail: carter.nichols@troutman.com |
| The Law Office of Nick Wooten, LLC | |
| E-mail: nick@nickwooten.com | *Counsel for Ocwen Loan Servicing, LLC and Bank of New York Mellon* |
| *Counsel for Plaintiff* | |