UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DEMONA FREEMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:18-cv-03844-TWP-DLP ) |
| OCWEN LOAN SERVICING, LLC, BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as successor in interest to JPMorgan Chase Bank, N.A., as Trustee for C-BASS Mortgage Loan Asset-Backed Certificates, Series, 2005-RPI    a/k/a BANK OF NEW YORK    a/k/a BANK OF NEW YORK, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## **ORDER**

This matter comes before the Court on the parties' Joint Motion to Extend the Stay, Dkt. [116]. The Court, being duly advised, now **GRANTS IN PART** said Motion. Discovery is **STAYED** until **October 5, 2020**. The parties are **ORDERED** to submit an amended case management plan by **September 23, 2020**. This matter remains scheduled for a Telephonic Status Conference on **September 28, 2020 at 1:00 p.m. (Eastern)** to discuss case status.

So ORDERED.

Date: 7/9/2020

*Doris L. Pryor*
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All CM-ECF registered counsel of record.