UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DEMONA FREEMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:18-cv-03844-TWP-DLP |
| ) | |
| OCWEN LOAN SERVICING, LLC, ) | |
| BANK OF NEW YORK MELLON ) | |
| a/k/a BANK OF NEW YORK ) | |
| a/k/a BANK OF NEW YORK, ) | |
| ) | |
| Defendants. ) | |

**MINUTE ENTRY FOR SEPTEMBER 28, 2020
STATUS CONFERENCE
HON. DORIS L. PRYOR, MAGISTRATE JUDGE**

The parties appeared by telephone for a Status Conference on September 28, 2020. The parties discussed the status of and future plans for discovery.

This matter is scheduled for a telephonic status conference on **December 2, 2020** at **1:30 p.m. (Eastern)** to discuss case status. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Date: 9/29/2020

*Doris L. Pryor*
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email