**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Indianapolis Division**

| | |
|---|---|
| DEMONA FREEMAN, )<br>    *Plaintiff*, )<br>)<br>    v. )<br>)<br>OCWEN LOAN SERVICING, LLC, )<br>MANLEY DEAS KOCHALSKI LLC, and )<br>THE BANK OF NEW YORK MELLON f/k/a )<br>THE BANK OF NEW YORK as successor in )<br>interest to JPMorgan Chase Bank, N.A., as Trustee )<br>for C-BASS Mortgage Loan Asset-Backed )<br>Certificates, Series, 2005-RPI )<br>    *Defendants*. ) | **Case No.**    1:18-cv-3844-TWP-DLP |

## JOINT MOTION TO EXTEND FINAL PRETRIAL CONFERENCE AND JURY TRIAL

Plaintiff, Demona Freeman ("Freeman"), and Defendants, Ocwen Loan Servicing, LLC ("Ocwen"), Bank of New York Mellon, as Trustee for C-BASS Mortgage Loan Asset-Backed Certificates, Series, 2005-RPI ("BONY") (collective, Ocwen and BONY are referred to as "Defendants") (collectively Freeman and Defendants are referred to as the "Parties"), by counsel, submit this Joint Motion to Extend the Final Pretrial Conference and Jury Trial. The Parties respectfully request that the Court Extend the Final Pretrial Conference and Jury Trial and reschedule them at a date and time convenient to the Court. In support of this motion, the Parties state as follows:

1. On October 16, 2019, Defendants' Motions to Dismiss [Dkt. Nos. 86 & 88] became fully briefed.

2. On November 18, 2019, the Court issued a Scheduling Order setting the Final Pretrial conference for November 10, 2020, and Jury Trial for December 7, 2020, after having approved an Amended Case Management Plan.

1

110552283

3. A telephonic status conference was held with the Magistrate Judge on January 7, 2020. During the status conference the Parties discussed the status of and future plans for discovery and the pending Motion to Dismiss filed by Defendants.

4. On January 8, 2020 the Magistrate issued a minute entry for the status conference on January 7, 2020 and Stayed the discovery until July 7, 2020 [Dkt. 111].

5. On July 9, 2020, after the Parties filed a Joint Motion to the Extend the Stay in light of the still pending Motion to Dismiss, the Court granted the Joint Motion to Extend the Stay through October 5, 2020 [Dkt. 117].

6. On September 24, 2020, pursuant to the Court Order on July 9, 2020, the Parties filed a Joint Amended Case Management Plan that is pending approval by the Court at this time [Dkt. 118].

7. The Parties believe that extending the Final Pretrial Conference and Jury Trial is necessary to allow the Court time to rule on the pending Motion to Dismiss and, if necessary, for the Parties to resume discovery that has been stayed.

WHEREFORE, the Parties respectfully requests that the Court Extend the Final Pretrial Conference and Jury Trial dates by rescheduling them to a date and time convenient to the Court in or around January 2022, in the manner described above.

Respectfully submitted,

/s/Travis W. Cohron
Travis W. Cohron
CLARK QUINN MOSES SCOTT & GRAHN LLP
tcohron@clarkquinnlaw.com
*Counsel for Plaintiff*

/s/Ethan G. Ostoff
Ethan G. Ostroff
TROUTMAN SANDERS, LLP
ethan.ostroff@troutman.com
*Counsel for Ocwen Loan Servicing, Inc. and The Bank of New York Mellon*