UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
**Indianapolis Division**

| | |
|---|---|
| DEMONA FREEMAN,<br>    *Plaintiff*,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC,<br>MANLEY DEAS KOCHALSKI LLC, and<br>THE BANK OF NEW YORK MELLON f/k/a<br>THE BANK OF NEW YORK as successor in<br>interest to JPMorgan Chase Bank, N.A., as Trustee<br>for C-BASS Mortgage Loan Asset-Backed<br>Certificates, Series, 2005-RPI<br>    *Defendants*. | **Case No.**     1:18-cv-3844-TWP-DLP |

## ORDER ON JOINT MOTION TO EXTEND
## FINAL PRETRIAL CONFERENCE AND JURY TRIAL

Plaintiff, Demona Freeman ("Freeman"), and Defendants, Ocwen Loan Servicing, LLC ("Ocwen"), Bank of New York Mellon, as Trustee for C-BASS Mortgage Loan Asset-Backed Certificates, Series, 2005-RPI ("BONY") (collectively the "Parties"), by counsel, having filed their Motion to Extend the Final Pretrial Conference and Jury Trial, and the Court being duly advised, now GRANTS said Motion.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the final pretrial set November 10, 2020 is RESCHEDULED to January 5, 2022 at 3:00 p.m. in Room 330. The jury trial set December 7, 2020 is RESCHEDULED to January 31, 2022 at 9:00 a.m. in Room 344, Birch Bayh Federal Building and U.S. Courthouse, Indianapolis, Indiana.

Date: 10/13/2020

                                                  Hon. Tanya Walton Pratt, Judge
                                                  United States District Court
                                                  Southern District of Indiana

Copies to counsel of record electronically registered.