IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Indianapolis Division

| | |
|---|---|
| DEMONA FREEMAN,<br><br>Plaintiffs,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC,<br>and THE BANK OF NEW YORK MELLON<br>f/k/a THE BANK OF NEW YORK as<br>successor in interest to JPMorgan Chase Bank,<br>N.A., as Trustee for C-BASS Mortgage Loan<br>Asset-Backed Certificates, Series, 2005-RPI,<br><br>Defendants. | Case No. 1:18-CV-3844-TWP-DLP |

## ORDER

This matter is before the Court on Defendant Ocwen Loan Servicing, LLC's ("Defendant") Unopposed Motion for Extension of Time to Respond to Plaintiff's Motion for Reconsideration. Having considered the Motion, Plaintiff's non-opposition, and being otherwise advised on its premises, the Motion is hereby **GRANTED**.

**IT IS HEREBY ORDERED** that Defendant shall have up to and including February 8, 2021 to file its response to Plaintiff's Motion for Reconsideration.

**IT IS SO ORDERED.**

Date: 1/25/2021

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to all electronically
registered counsel of record via
CM/ECF