UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DEMONA FREEMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:18-cv-03844-TWP-DLP |
| | ) |
| OCWEN LOAN SERVICING, LLC, | ) |
| BANK OF NEW YORK MELLON | ) |
| a/k/a BANK OF NEW YORK | ) |
| a/k/a BANK OF NEW YORK, | ) |
| | ) |
| Defendants. | ) |

**MINUTE ENTRY FOR FEBRUARY 24, 2021
STATUS CONFERENCE
HON. DORIS L. PRYOR, MAGISTRATE JUDGE**

The parties appeared by telephone for a Status Conference on February 24, 2021. The parties discussed the status of and future plans for discovery.

This matter is scheduled for a telephonic status conference on **May 18, 2021** at **1:00 p.m. (Eastern)** to discuss case status. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Date: 2/25/2021

*Doris L. Pryor*
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email