UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DEMONA FREEMAN, | ) |
|             Plaintiff, | ) |
| v. | ) No. 1:18-cv-03844-TWP-DLP |
| OCWEN LOAN SERVICING, LLC, | ) |
| BANK OF NEW YORK MELLON | ) |
|   a/k/a BANK OF NEW YORK | ) |
|   a/k/a BANK OF NEW YORK, | ) |
|             Defendants. | ) |

**MINUTE ENTRY FOR MAY 18, 2021
STATUS CONFERENCE
HON. DORIS L. PRYOR, MAGISTRATE JUDGE**

The parties appeared by telephone for a Status Conference on May 18, 2021. The parties discussed the status of the case. The Settlement Conference set for July 27, 2021 is **VACATED**.

All proceedings and deadlines in this matter are **STAYED** through July 30, 2021.

This matter is scheduled for a telephonic status conference on **July 27, 2021** at **2:00 p.m. (Eastern)** to discuss case status. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system. The parties shall file a status report with the Court on or before July 23, 2021 regarding the status of the case and including a proposed agenda for the July 27, 2021 telephonic status conference.

If necessary, the parties shall file an amended case management plan no later than July 22, 2021.

Date: 5/19/2021

*Doris L. Pryor*
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email