UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DEMONA FREEMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:18-cv-03844-TWP-DLP |
| | ) |
| OCWEN LOAN SERVICING, LLC, | ) |
| BANK OF NEW YORK MELLON | ) |
| a/k/a BANK OF NEW YORK | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is currently scheduled for a telephonic status conference on September 16, 2021 at 3:15 p.m. (Eastern). On September 10, 2021, the parties filed a Joint Status Report requesting to extend the stay of proceedings until October 25, 2021 and to continue the telephone status conference. Accordingly, the Court, being duly advised, now **CONTINUES** the September 16, 2021 telephonic status conference to **October 13, 2021** at **11:00 a.m. (Eastern)**. Counsel shall attend the conference by calling the designated phone number, to be provided by the Court via email generated by the Court's ECF system.

The Court is **EXTENDING** the stay of proceedings in this case through October 25, 2021. The parties are ordered to file a status report with the Court on or by October 8, 2021 regarding the status of the case and including a proposed agenda for the October 13, 2021 telephonic status conference.

So ORDERED.

Date: 9/13/2021

*Doris L. Pryor*
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email