UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Indianapolis Division

| | |
|---|---|
| DEMONA FREEMAN, *Plaintiff*, | ) ) ) |
| v. | ) **Case No.** 1:18-cv-3844-TWP-DLP ) |
| OCWEN LOAN SERVICING, LLC, MANLEY DEAS KOCHALSKI LLC, and THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as successor in interest to JPMorgan Chase Bank, N.A., as Trustee for C-BASS Mortgage Loan Asset-Backed Certificates, Series, 2005-RPI *Defendants*. | ) ) ) ) ) ) ) ) ) |

**JOINT MOTION TO AMEND CASE MANAGEMENT PLAN**

Plaintiff, Demona Freeman, and Defendants, Ocwen Loan Servicing, LLC, Bank of New York Mellon, as Trustee for C-BASS Mortgage Loan Asset-Backed Certificates, Series, 2005-RPI, by counsel, respectfully request that the Court amend the Joint Amended Case Management Plan ("CMP") [Doc. 204] entered on December 16, 2021, in the manner described below. In support of this motion, the parties state as follows:

1. The parties have discussed and reached an agreement on changes to the CMP they believe will ensure a more orderly close to the discovery phase of this matter and correct several calendaring irregularities. For example, but without limitation, the expert disclosure(s) deadline presently falls in advance of both the general discovery cutoff and Defendant's 30(b)(6) deposition. Similarly, the dispositive motion deadline is now set for the same day as the deadline for general discovery. Thus, if left unaddressed, the current deadlines will prejudice both parties.

2. Based upon the foregoing, the sought after changes to the Case Management Plan are as follows:

a. The deadline for discovery relating to liability and damage issues to be moved from March 25, 2022, to April 25, 2022.

b. Plaintiff's expert disclosure deadline to be moved from March 15, 2022, to March 31, 2022.

c. The deadline for expert witness discovery to be moved from March 25, 2022, to May 13, 2022.

d. Defendant's expert disclosure deadlines to be moved from April 15, 2022, to April 29, 2022.

e. The deadline for the filing of dispositive motions to be moved from March 25, 2022, to May 17, 2022.

f. The deadline for filing and serving final witness and exhibit lists to be moved from May 6, 2022, to May 17, 2022.

WHEREFORE, the parties respectfully requests that the Court amend the Case Management Plan previously entered on December 16, 2021, in the manner described above.

Dated: March 14, 2022                    Respectfully submitted,

| | |
|---|---|
| */s/ Nick Wooten* | */s/ Carter R. Nichols (with consent)* |
| Nick Wooten | Ethan G. Ostroff |
| NICK WOOTEN, LLC | John C. Lynch |
| nick@nickwooten.com | Carter R. Nichols |
| | Troutman Pepper Hamilton Sanders LLP |
| */s/ Travis W. Cohron* | ethan.ostroff@troutman.com |
| Travis W. Cohron, No. 29562-30 | john.lynch@troutman.com |
| Oliva A. Hess, No. 36166-49 | carter.nichols@troutman.com |
| Clark, Quinn, Moses, Scott & Grahn, LLP | |
| tcohron@clarkquinnlaw.com | |
| ohess@clarkquinnlaw.com | |

# CERTIFICATE OF SERVICE

        I hereby certify that on March 14, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Carter R. Nichols
Ethan G. Ostroff
John C. Lynch (admitted *Pro Hac Vice*)
**TROUTMAN SANDERS LLP**
carter.nichols@troutman.com
ethan.ostroff@troutman.com
john.lynch@troutman.com
*Counsel for Ocwen Loan Servicing, Inc. and The Bank of New York Mellon*

                                        */s/ Travis W. Cohron*
                                        Travis W. Cohron, No. 29562-30

**CLARK, QUINN, MOSES, SCOTT & GRAHN, LLP**
320 N. Meridian Street, Suite 1100
Indianapolis, IN 46204