**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Indianapolis Division**

| | |
|---|---|
| DEMONA FREEMAN, ) | |
|     *Plaintiff*, ) | |
| ) | |
| v. ) | **Case No.**  1:18-cv-3844-TWP-DLP |
| ) | |
| OCWEN LOAN SERVICING, LLC, ) | |
| THE BANK OF NEW YORK MELLON f/k/a ) | |
| THE BANK OF NEW YORK as successor in ) | |
| interest to JPMorgan Chase Bank, N.A., as Trustee ) | |
| for C-BASS Mortgage Loan Asset-Backed ) | |
| Certificates, Series, 2005-RPI ) | |
|     *Defendants*. ) | |

**FOURTH REQUEST FOR PRODUCTION OF DOCUMENTS TO OCWEN**

Plaintiff, Demona Freeman ("Freeman"), by counsel, requests that Defendant, Ocwen Loan Servicing, LLC ("Ocwen"), produce the following documents and tangible things within its or its attorney's possession, custody or control, pursuant to Rule 34 of the Federal Rules of Trial Procedure. The documents and things are to be produced within thirty days at the offices of Clark Quinn Moses Scott & Grahn, LLP, 320 N. Meridian St., Suite 1100, Indianapolis, Indiana 46204, while any product or components are to be produced at a mutually convenient time and place within thirty days.

**REQUESTS FOR PRODUCTION**

1. Please produce each Risk Convergence Tracker created between January 1, 2014 and January 1, 2020.

**RESPONSE:**

Exhibit C

2. Please produce all spreadsheets, reports, trackers, or Risk Databases created or utilized by Ocwen to monitor and update identified business unit specific issues from January 1, 2014 to January 1, 2020.

**RESPONSE:**

3. Please produce each spreadsheet created by Ocwen from February of 2016 to January 1, 2020 containing substantially similar information, or utilized for similar purpose as, the Risk Convergence Reports produced in *Todd v. Ocwen Loan Servicing, LLC.*, 2:19-cv-00085-JMS-DLP.

**RESPONSE:**

4. Please produce all spreadsheets, reports, trackers, or databases created, maintained, or worked on by Ocwen employee Denise Lundquist from January 1, 2014 to January 1, 2020.

**RESPONSE:**

5. Copies of all summaries and/or reports prepared by Goldin Associates, LLC. pertaining to Ocwen Loan Servicing, LLC. (or any related entity of Ocwen Loan Servicing, LLC including without limitation AltiSource) from January 1, 2015 to February 18, 2019. This request does not seek any unofficial correspondence between Ocwen and Goldin, specific borrower information, or specific loan identifiers used in creating said summaries and/or reports.

    Respectfully submitted,

    */s/ Travis W. Cohron*
    Travis W. Cohron, No. 29562-30
    **CLARK, QUINN, MOSES, SCOTT & GRAHN, LLP**
    320 N. Meridian Street, Suite 1100
    Indianapolis, IN 46204
    Telephone: (317) 637-1321
    Fax: (317) 687-2344

Exhibit C

tcohron@clarkquinnlaw.com

*/s/ Nicholas H. Wooten*
Nicholas H. Wooten, No. ASB-1870-o77n
**NICK WOOTEN, LLC**
5125 Burnt Pine Drive
Conway, AR 72034
883-937-6389
nick@nickwooten.com

*Attorneys for Plaintiff*

Exhibit C

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served by U.S. Mail and electronic mail, this 4 May 2021, to:

Carter R. Nichols
Ethan G. Ostroff
John C. Lynch (admitted *Pro Hac Vice*)
**TROUTMAN SANDERS LLP**
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23454
Telephone: (757) 687-7500
carter.nichols@troutman.com
ethan.ostroff@troutman.com
john.lynch@troutman.com
*Counsel for Ocwen Loan Servicing, Inc.
and The Bank of New York Mellon*

> */s/ Travis W. Cohron*
> Travis W. Cohron, No. 29562-30

**CLARK, QUINN, MOSES, SCOTT & GRAHN, LLP**
320 N. Meridian Street, Suite 1100
Indianapolis, IN 46204
tcohron@clarkquinnlaw.com

Exhibit C