**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Indianapolis Division**

| | |
|---|---|
| DEMONA FREEMAN, | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) **Case No.**    1:18-cv-3844-TWP-DLP |
| | ) |
| OCWEN LOAN SERVICING, LLC, | ) |
| MANLEY DEAS KOCHALSKI LLC, and | ) |
| THE BANK OF NEW YORK MELLON f/k/a | ) |
| THE BANK OF NEW YORK as successor in | ) |
| interest to JPMorgan Chase Bank, N.A., as Trustee | ) |
| for C-BASS Mortgage Loan Asset-Backed | ) |
| Certificates, Series, 2005-RPI | ) |
| *Defendants*. | ) |

## CERTIFICATE OF RULE 26(a)(2) EXPERT DISCLOSURE

Plaintiff Demona Freeman ("Plaintiff"), by and through counsel, in accordance with the

Order dated April 6, 2022, and Federal Rule of Civil Procedure 26(a)(2)(A)-(B), hereby notifies

the Court of the disclosure of the following expert witness and accompanying expert report:

### WITNESS RETAINED BY DISCLOSING PARTY

The following person has been retained to provide expert testimony:

> Bernard Jay Patterson, C.F.E.
> Full Disclosure, LLC
> 646 Quapaw Avenue
> Hot Springs, AR 71901
> (501) 796-1108

Mr. Patterson's curriculum vitae has been attached to his expert report and provided to

counsel for Defendant Ocwen Loan Servicing, LLC. Mr. Patterson's report includes all of the

information required under Rule 26(a)(2)(B) and he was informally identified previously. Mr.

Patterson will serve as Plaintiff's forensic accountant and will provide a forensic investigation,

examination, and analysis of the mortgage loan servicing transactions from the servicing system

of record during the life of Plaintiff's loan.

Dated April 7, 2022.                             Respectfully submitted,

                                                 */s/ Travis W. Cohron*
                                                 Travis W. Cohron, No. 29562-30
                                                 Olivia A. Hess, No. 36166-49
                                                 **CLARK QUINN MOSES SCOTT & GRAHN, LLP**
                                                 320 N. Meridian Street, Suite 1100
                                                 Indianapolis, IN 46204
                                                 Telephone: (317) 637-1321
                                                 Fax: (317) 687-2344
                                                 tcohron@clarkquinnlaw.com
                                                 ohess@clarkquinnlaw.com

                                                 */s/ Nick Wooten*
                                                 Nick Wooten
                                                 NICK WOOTEN, LLC
                                                 5125 Burnt Pine Drive
                                                 Conway, Arkansas 72034
                                                 nick@nickwooten.com

                                                 ***Counsel for the Plaintiff***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 7, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Carter R. Nichols
Ethan G. Ostroff
John C. Lynch (admitted *Pro Hac Vice*)
**TROUTMAN SANDERS LLP**
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23454
Telephone: (757) 687-7500
carter.nichols@troutman.com
ethan.ostroff@troutman.com
john.lynch@troutman.com
*Counsel for Ocwen Loan Servicing, Inc. and The Bank of New York Mellon*


*/s/ Travis W. Cohron*
Travis W. Cohron, No. 29562-30


**CLARK, QUINN, MOSES, SCOTT & GRAHN, LLP**
320 N. Meridian Street, Suite 1100
Indianapolis, IN 46204
tcohron@clarkquinnlaw.com