**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Indianapolis Division**

| | |
|---|---|
| DEMONA FREEMAN,<br><br>          Plaintiffs,<br><br>     v.<br><br>OCWEN LOAN SERVICING, LLC, *et al.*,<br><br>          Defendants. | Case No. 1:18-CV-3844-TWP-DLP |

**DEFENDANTS OCWEN LOAN SERVICING, LLC AND
BANK OF NEW YORK MELLON'S
<u>FINAL WITNESS & EXHIBIT LISTS</u>**

Defendants, Ocwen Loan Servicing, LLC ("Ocwen") and Bank of New York Mellon ("BONY") (collectively "Defendants"), by counsel, and pursuant to the Court's Case Management Plan, respectfully submit this Final Witness & Exhibit Lists.

**Final Witness List**

Defendants may call the following persons as witnesses at the trial of this cause:

1.   Plaintiff Demona Freeman – Plaintiff is expected to testify regarding the allegations in the Second Amended Complaint;

2.   Benjamin Verdooren – Mr. Verdooren is expected to testify as a corporate representative of Ocwen and BONY about the servicing of Plaintiff's Loan, the investigations and responses to Plaintiff's purported Qualified Written Requests, corrections made to the accounting on Plaintiff's Loan, the current status of the Loan, and other facts underlying the allegations in the Second Amended Complaint and defenses thereto;

3. Corporate Representative(s) of Ocwen Loan Servicing, LLC – Ocwen's corporate representative(s) are expected to testify regarding the facts underlying the allegations in the Second Amended Complaint and defenses in this matter;

4. Corporate Representative(s) of Bank of New York Mellon f/k/a the Bank of New York as successor in interest to JPMorgan Chase Bank, N.A., as Trustee for C-BASS Mortgage Loan Asset-Backed Certificates, Series, 2005-RP1 ("BONY") – BONY's corporate representative(s) are expected to testify regarding the facts underlying the allegations in the Second Amended Complaint and the defenses in this matter;

5. Corporate Representative(s) of Manley Deas Kochalski, LLC – Manley Deas' corporate representative(s) are expected to testify regarding facts underlying certain allegations in the Second Amended Complaint, including but not limited to, the filing of a foreclosure action against Plaintiff in August 2018 and dismissal of the same in January 2019;

6. Allen Freeman – Mr. Freeman is expected to testify regarding his personal knowledge of the facts underlying Plaintiff's Second Amended Complaint;

7. Alta Skelton – Mrs. Skelton is expected to testify regarding medical treatment sought by Plaintiff;

8. Dr. Valerie Beard – Dr. Beard is expected to testify regarding medical treatment sought by Plaintiff;

9. Thomas Muldoon – Mr. Muldoon is expected to testify regarding corrections made to the accounting on Plaintiff's Loan

10. Maria Vathis – Ms. Vathis is expected to testify regarding the investigations and responses to purported Qualified Written Requests sent to Ocwen by Plaintiff's counsel;

11. Pynkerton Newton – Mr. Newton is expect to testify regarding chiropractic services provided to Plaintiff;

12. Don Coker – Mr. Coker is expected to provide expert testimony regarding the subject matter and opinions set forth in his previously served Expert Report;

13. Michael Goldman – Mr. Goldman is expected to provide expert testimony regarding the subject matter and opinions set forth in his previously served Expert Report;

14. Any witnesses necessary for impeachment or rebuttal; and

15. Any individual(s) necessary to authenticate documents or testify as to the chain of custody for any document(s).

Defendants reserve the right to add any additional persons to this Final Witness List that are identified on Plaintiff's Final Witness List.

Defendants reserve the right to add any additional persons to this Final Witness List in a timely fashion as allowed by the Court.

**Final Exhibit List**

Defendants may introduce the following exhibits at the trial of this cause:

1. Documents produced by Ocwen, including:

    - Plaintiff's Loan File (Ocwen_Freeman000001-003177)
    - Transaction History and Comment Logs (Ocwen_Freeman003178-3891, 004849-4906)
    - Transaction and Payment Histories (Ocwen_Freeman004828, 4836-4846)
    - Research and Compliance Procedures (Ocwen_Freeman004444-004825)
    - Miscellaneous correspondence (Ocwen_Freeman004826-004827 and 004832-004835)

2. Documents produced by Plaintiff Bates stamped 0001-0370.

3. Medical/treatment records provided by Alta Skelton (Skelton0001-0082);

4. Documents/records produced by OneMain Financial (OneMain0001-0015);

5. Deposition Transcript of Demona Freeman;

6. Deposition Transcript of Allen Freeman;

7. Deposition Transcript of Alta Skelton;

8. Deposition Transcript of Dr. Valerie Beard;

9. Deposition Transcript of Pynkerton Newton;

10. Deposition Transcript of Maria Vathis;

11. Deposition Transcript of Thomas Muldoon;

12. Deposition Transcript of Benjamin Verdooren (as 30(b)(6) Representative for Ocwen Loan Servicing, LLC);

13. Deposition Transcript of Michael Goldman;

14. Deposition Transcript of Don Coker;

15. Deposition Transcript of Jay Patterson;

16. Declaration of Benjamin Verdooren in Support of Motions for Summary Judgment;

17. Expert Report of Don Coker, including all attachments;

18. Expert Report of Michael Goldman, including all attachments;

19. Any and all documents subsequently disclosed by Ocwen, Plaintiff, any expert witness, or any third-party;

20. All versions of the Complaint filed in this case;

21. Plaintiff's objections and responses to Ocwen's Requests for Production of Documents;

22. Plaintiff's objections and responses to Ocwen's Interrogatories;

23. Plaintiff's objections and responses to BONY's Requests for Production of Documents;

24. Plaintiff's objections and responses to BONY's Interrogatories;

25. Any documents needed as foundation for expert testimony; and

26. Any and all documents necessary for purposes of impeachment or rebuttal.

Defendants reserve the right to use discovery answers, pleadings and all other documents exchanged in discovery and to use any and all exhibits listed by Plaintiff. Defendants reserve the right to use any materials brought to court by any witnesses who appear in court to give testimony and/or present evidence.

Defendants further reserve the right to utilize demonstrative exhibits, including, but not limited to, illustrations, summaries, charts, models, computer animation, PowerPoint presentations, videotapes, enlargements, jury instructions and/or photographs.

Defendants preserve all objections and reserves the right to utilize any and all exhibits identified and/or offered by Plaintiff.

Defendants reserve the right to supplement this Exhibit List and to present rebuttal or impeachment evidence as necessary.

Dated: May 24, 2022                    Respectfully submitted,

**OCWEN LOAN SERVICING, LLC**

By: */s/ Ethan G. Ostroff*

Ethan G. Ostroff
John C. Lynch
Carter R. Nichols
TROUTMAN PEPPER HAMILTON SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23454

Telephone: (757) 687-7500
E-mail: ethan.ostroff@troutman.com
E-mail: john.lynch@troutman.com
E-mail: carter.nichols@troutman.com

*Counsel for Defendants Ocwen Loan Servicing, LLC and Bank of New York Mellon*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed with the Court via CM/ECF and has been served via e-mail this 24th day of May, 2022 to:

### Counsel for Plaintiff

Travis W. Cohron
Michael P. Maxwell, Jr.
Olivia Hess
CLARK, QUINN, MOSES, SCOTT & GRAHN, LLP
tcohron@clarkquinnlaw.com
mmaxwell@clarkquinnlaw.com
ohess@clarkquinnlaw.com

Nick Wooten
The Law Office of Nick Wooten, LLC
nick@nickwooten.com

G. John Cento
CENTO LAW
5666 Carrollton Ave.
Indianapolis, IN 46220
cento@centolaw.com

Rusty A. Payton
PAYTON LEGAL GROUP LLC
20 North Clark Street, Suite 3300
Chicago, IL 60601
info@payton.legal

Dated: May 24, 2022  Respectfully submitted,

By: */s/ Ethan G. Ostroff*

Ethan G. Ostroff
John C. Lynch
Carter R. Nichols
TROUTMAN PEPPER HAMILTON SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23454
Telephone: (757) 687-7500
E-mail: ethan.ostroff@troutman.com
E-mail: john.lynch@troutman.com
E-mail: carter.nichols@troutman.com

*Counsel for Defendants Ocwen Loan Servicing, LLC and Bank of New York Mellon*