# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| DEMONA FREEMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:18-cv-03844-TWP-DLP |
| | ) |
| OCWEN LOAN SERVICING, LLC, | ) |
| BANK OF NEW YORK MELLON f/k/a THE | ) |
| BANK OF NEW YORK as successor in interest to | ) |
| JPMorgan Chase Bank, N.A., as Trustee for C- | ) |
| BASS Mortgage Loan Asset-Backed Certificates, | ) |
| Series, 2005-RPI | ) |
|   a/k/a BANK OF NEW YORK | ) |
|   a/k/a BANK OF NEW YORK, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| DAVID ROBERT O'FLYNN, | ) |
| Kenneth Novak, | ) |
| DONALD L. WILHOLD, | ) |
| JAMES ADDISON, | ) |
| | ) |
| Intervenor Plaintiffs. | ) |

## SCHEDULING ORDER

Due to the pending motion for summary judgment, the final pretrial set October 18, 2022 and the jury trial set November 14, 2022 are **VACATED**. The final pretrial is **RESCHEDULED** to <u>January 3, 2023 at 9:00 a.m.</u> in Courtroom 344. The jury trial is **RESCHEDULED** to commence on <u>January 30, 2023 at 9:00 a.m.</u> in Courtroom 344, Birch Bayh Federal Building and U.S. Courthouse, Indianapolis, Indiana. The deadlines in Paragraph VIII of the case management plan are adjusted accordingly.

IT IS SO ORDERED.

Dated: 9/26/2022

_Tanya Walton Pratt_
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Guerino Cento
CENTO LAW
cento@centolaw.com

Travis W. Cohron
CLARK QUINN MOSES SCOTT & GRAHN LLP
tcohron@clarkquinnlaw.com

Olivia Anne Hess
CLARK QUINN MOSES SCOTT & GRAHN LLP
ohess@clarkquinnlaw.com

John Curtis Lynch
TROUTMAN SANDERS LLP
john.lynch@troutman.com

Michael P. Maxwell, Jr.
CLARK QUINN MOSES SCOTT & GRAHN LLP
mmaxwell@clarkquinnlaw.com

Carter Randall Nichols
TROUTMAN SANDERS LLP
carter.nichols@troutman.com

Ethan Ostroff
TROUTMAN SANDERS LLP
ethan.ostroff@troutman.com

Jennifer F. Perry
CLARK QUINN MOSES SCOTT & GRAHN LLP
jperry@clarkquinnlaw.com

Matthew J. Richardson
MANLEY DEAS KOCHALSKI LLC (Columbus)
mjr2@manleydeas.com

Nicholas H. Wooten
DC Law, PLLC
nick@texasjustice.com