**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Indianapolis Division**

| | |
|---|---|
| DEMONA FREEMAN,<br><br>  Plaintiffs,<br><br> v.<br><br>OCWEN LOAN SERVICING, LLC,<br>and THE BANK OF NEW YORK MELLON<br>f/k/a THE BANK OF NEW YORK as<br>successor in interest to JPMorgan Chase Bank,<br>N.A., as Trustee for C-BASS Mortgage Loan<br>Asset-Backed Certificates, Series, 2005-RPI,<br><br>  Defendants. | Case No. 1:18-CV-3844-TWP-DLP |

## UNOPPOSED MOTION FOR BRIEF CONTINUANCE OF TRIAL DATE

Defendants Ocwen Loan Servicing, LLC ("Ocwen") and The Bank of New York Mellon ("BONY") (collectively "Defendants"), by counsel, submit this Unopposed Motion for Continuance. Specifically, Defendants request a brief continuance of the trial date – as few as fourteen (14) days depending on the Court's availability – due to a conflict with another trial in federal court being conducted by Defendants' lead counsel in this case. In support of this Motion, Defendants state as follows:

1. On September 26, 2022, the Court entered an amended Scheduling Order that reset the trial date for this matter as January 30, 2023. *See* ECF No. 389.

2. Lead trial counsel for Defendants, John C. Lynch, is also lead trial counsel for a case set for a two-week jury trial in the United States District Court for the Eastern District of Virginia beginning on January 18, 2023. *See CSX Transportation, Inc. v. Norfolk Southern Railway Co., et al.*, Case No. 2:18-cv-530 (E.D. Va.).

1

3.      Given that the jury trial in the *CSX Transportation* case will run into and overlap with the trial scheduled in this matter, Defendants are seeking a brief continuance of the January 20, 2023 trial date in this matter.

4.      Defendants counsel specifically proposes that the trial in this matter be continued to begin on February 13, 20, or 27, 2023, depending on the Court's availability.[1]  Defendants' counsel has conferred with Plaintiff's counsel, who are available during those dates.

5.      There is good cause to grant this Motion because the continuance sought is brief, does not affect any other deadlines or events in the case (i.e., the Final Pretrial Conference), and will allow Defendants to be represented by their desired lead trial counsel, John C. Lynch.

6.      This Motion is not being made for the purpose of vexation or delay, and is merely meant to accommodate an unavoidable scheduling conflict with another Court.

7.      Defendants' counsel has conferred with Plaintiff's counsel, and Plaintiff is not opposed to the relief sought herein.

WHEREFORE, Defendants respectfully request that the Court grant this Motion, continue the trial date to a day convenient to the Court and agreeable to the Parties as explained above, and for any such further relief the Court deems just.

Dated: December 9, 2022                                         Respectfully Submitted,


*/s/ Ethan G. Ostroff*
Ethan G. Ostroff
John C. Lynch
Carter R. Nichols

---

[1] Defendants' counsel is not available the weeks of March 6, 13, or 20.  In the event the Court grants this Motion but cannot reschedule the trial during the dates suggested above, Defendants request that the trial not be set during the March dates listed here.

Troutman Pepper Hamilton Sanders LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23454
Telephone: (757) 687-7500
E-mail: ethan.ostroff@troutman.com
E-mail: john.lynch@troutman.com
E-mail: carter.nichols@troutman.com

*Counsel for Defendants Ocwen Loan Servicing, LLC and The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JPMorgan Chase Bank, N.A., as Trustee for C-BASS Mortgage Loan Asset-Backed Certificates, Series, 2005-RP1*