# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### Indianapolis Division

| | |
|---|---|
| DEMONA FREEMAN, | |
| Plaintiffs, | |
| v. | Case No.  1:18-CV-3844-TWP-MJD |
| OCWEN LOAN SERVICING, LLC, *et al.*, | |
| Defendants. | |

## ORDER

This matter is before the Court on the Defendants' Unopposed Motion for Brief Continuance of Trial Date.  Having considered the Motion, and for good cause shown, the Motion is hereby **GRANTED**.

**IT IS HEREBY ORDERED** that the current jury trial set for January 30, 2023 is **VACATED**.

**IT IS FURTHER ORDERED** that the jury trial is **RESCHEDULED** to commence on February 13, 2023 at 9:00 a.m. in Courtroom 344, Birch Bayh Federal Building and U.S. Courthouse, Indianapolis, Indiana.

**IT IS SO ORDERED**.

Date: 12/15/2022

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Copies to counsel of record electronically registered.