# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| DEMONA FREEMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:18-cv-03844-TWP-MJD |
| ) | |
| OCWEN LOAN SERVICING, LLC, ) | |
| BANK OF NEW YORK MELLON f/k/a THE ) | |
| BANK OF NEW YORK as successor in interest to ) | |
| JPMorgan Chase Bank, N.A., as Trustee for C- ) | |
| BASS Mortgage Loan Asset-Backed Certificates, ) | |
| Series, 2005-RPI ) | |
|    a/k/a BANK OF NEW YORK ) | |
|    a/k/a BANK OF NEW YORK, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| DAVID ROBERT O'FLYNN, ) | |
| Kenneth Novak, ) | |
| DONALD L. WILHOLD, ) | |
| JAMES ADDISON, ) | |
| ) | |
| Intervenor Plaintiffs. ) | |

## ORDER

The Court hereby Orders the parties to confer and file a joint set of final jury instructions. To the extent that the parties cannot agree on particular instructions, they must nevertheless file a joint set of instructions. The Court encourages the parties to reach agreement wherever possible.

A single document comprising all proposed instructions should be filed. The document should contain the proposed instruction, plaintiff's objection (if any), defendant's objection (if any), and then the next instruction. Additionally, the parties are to confer and submit a joint issue instruction which will be included in the Court's preliminary instructions.

The filing must occur no later than **Friday, December 30, 2022**. This document should be filed in CM/ECF, with a copy of the document in Word emailed to the Courtroom Deputy Clerk. Any questions should be addressed to the Courtroom Deputy Clerk.

IT IS SO ORDERED.

Date: 12/15/2022

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Guerino Cento
CENTO LAW
cento@centolaw.com

Travis W. Cohron
CLARK QUINN MOSES SCOTT & GRAHN LLP
tcohron@clarkquinnlaw.com

Olivia Anne Hess
CLARK QUINN MOSES SCOTT & GRAHN LLP
ohess@clarkquinnlaw.com

John Curtis Lynch
TROUTMAN SANDERS LLP
john.lynch@troutman.com

Michael P. Maxwell, Jr.
CLARK QUINN MOSES SCOTT & GRAHN LLP
mmaxwell@clarkquinnlaw.com

Carter Randall Nichols
TROUTMAN SANDERS LLP
carter.nichols@troutman.com

Ethan Ostroff
TROUTMAN SANDERS LLP
ethan.ostroff@troutman.com

Jennifer F. Perry
CLARK QUINN MOSES SCOTT & GRAHN LLP
jperry@clarkquinnlaw.com

Matthew J. Richardson
MANLEY DEAS KOCHALSKI LLC (Columbus)
mjr2@manleydeas.com

Nicholas H. Wooten
DC Law, PLLC
nick@texasjustice.com