UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DEMONA FREEMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:18-cv-03844-TWP-MJD |
| | ) |
| OCWEN LOAN SERVICING, LLC, | ) |
| BANK OF NEW YORK MELLON f/k/a THE | ) |
| BANK OF NEW YORK as successor in interest to | ) |
| JPMorgan Chase Bank, N.A., as Trustee for C- | ) |
| BASS Mortgage Loan Asset-Backed Certificates, | ) |
| Series, 2005-RPI | ) |
|   a/k/a BANK OF NEW YORK | ) |
|   a/k/a BANK OF NEW YORK, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## SCHEDULING ORDER

The final pretrial set January 3, 2023 is **RESCHEDULED** to <u>January 10, 2023 at 9:00 a.m. in Courtroom 344</u>, Birch Bayh Federal Building and U.S. Courthouse, Indianapolis, Indiana. Please make note of this change.

IT IS SO ORDERED.

Date:   12/19/2022

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Guerino Cento
CENTO LAW
cento@centolaw.com

Travis W. Cohron
CLARK QUINN MOSES SCOTT & GRAHN LLP
tcohron@clarkquinnlaw.com

Olivia Anne Hess
CLARK QUINN MOSES SCOTT & GRAHN LLP
ohess@clarkquinnlaw.com

John Curtis Lynch
TROUTMAN SANDERS LLP
john.lynch@troutman.com

Michael P. Maxwell, Jr.
CLARK QUINN MOSES SCOTT & GRAHN LLP
mmaxwell@clarkquinnlaw.com

Carter Randall Nichols
TROUTMAN SANDERS LLP
carter.nichols@troutman.com

Ethan Ostroff
TROUTMAN SANDERS LLP
ethan.ostroff@troutman.com

Jennifer F. Perry
CLARK QUINN MOSES SCOTT & GRAHN LLP
jperry@clarkquinnlaw.com

Matthew J. Richardson
MANLEY DEAS KOCHALSKI LLC (Columbus)
mjr2@manleydeas.com

Nicholas H. Wooten
DC Law, PLLC
nick@texasjustice.com