**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Indianapolis Division**

| | |
|---|---|
| DEMONA FREEMAN, | |
| Plaintiffs, | |
| v. | Case No. 1:18-CV-3844-TWP-DLP |
| OCWEN LOAN SERVICING, LLC, *et al.*, | |
| Defendants. | |

**DEFENDANTS' MOTION *IN LIMINE* REGARDING LOCATION, HOMETOWN, COMPETENCE, OR SIZE OF THE LAW FIRM REPRESENTING DEFENDANTS**

Defendants Ocwen Loan Servicing, LLC ("Ocwen") and Bank of New York Mellon ("BONY") (collectively, "Defendants"), by counsel, respectfully submit this Motion *in Limine* Regarding Location, Hometown, Competence, or Size of the Law Firm Representing Defendants (the "Motion"). For the reasons explained below, Defendants move for entry of an Order prohibiting, at the trial of the above-styled action, any mention of or reference to, by any party herein, in opening statements, in the questioning of witnesses, in documentary evidence and exhibits, in closing arguments or in any other manner before the jury, the location, hometown, competence, or size of law firm representing Defendants.

**ARGUMENT**

Evidence is relevant if "it has any tendency to make a fact more or less probable than it would be without the evidence" and "the fact is of consequence in determining the action." Fed. R. Evid. 401. However, even relevant evidence may be excluded if "its probative value is substantially outweighed by a danger of one or more of the following: unfair prejudice, confusing

the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence." Fed. R. Evid. 403.

Any argument regarding location, hometown, competence, or size of the law firm representing Defendants would be proposed solely in an attempt to bias or incite the jury into rendering a verdict based not upon the evidence, but upon the jurors' passions and prejudices. *See, e.g.*, *Ott v. City of Milwaukee*, No. 09cv-870, 2015 WL 1219587, at *3 (E.D. Wis. Mar. 17, 2015) (excluding any references to the party's attorneys being out of town); *Lewis v. State*, 905 So. 2d 729, 736 (Miss. Ct. App. 2004) (sustaining objection to references to defense counsel being from out-of-town, such as "lawyers from Memphis" or "it may be how they do it in Memphis"); *ABS Glob., Inc. v. Inguran, LLC*, No. 14-CV-503-WMC, 2016 WL 4009987, at *3 (W.D. Wis. July 25, 2016) (granting a *motion in limine* to exclude "any reference to" defendants as "out-of-towners," "foreigners," or "out-of-state defendants," or reference to Plaintiffs as "locals," finding that "any reference by either side of the nature that is the subject of this motion will result in a swift curative instruction and disapprobation before the jury."). Therefore, evidence of location, hometown, competence, or size of the law firm representing Defendants has no legal relevance and, even if it did, it is substantially outweighed by the risks of unfair prejudice, thereby rendering such evidence inadmissible.

## CONCLUSION

For all of the above reasons, Defendants Ocwen Loan Servicing, LLC and Bank of New York Mellon respectfully request that the Court grant their Motion, prohibiting, at the trial of the above-styled action, any mention of or reference to, by any party herein, in opening statements, in the questioning of witnesses, in documentary evidence and exhibits, in closing arguments or in any other manner before the jury, location, hometown, competence, or size of the law firm

representing Defendants, and grant Defendants such other and further relief as this Court deems

appropriate and just.

Dated: December 27, 2022

Respectfully submitted,

By: */s/ John C. Lynch*

John C. Lynch
Ethan G. Ostroff
Carter R. Nichols
TROUTMAN PEPPER HAMILTON SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23454
Telephone: (757) 687-7500
E-mail: john.lynch@troutman.com
E-mail: ethan.ostroff@troutman.com
E-mail: carter.nichols@troutman.com

*Counsel for Defendants Ocwen Loan Servicing,*
*LLC and Bank of New York Mellon*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served via electronic filing to all parties of record this 27th day of December 2022.

Dated: December 27, 2022         Respectfully submitted,

By: */s/ John C. Lynch*

John C. Lynch
Ethan G. Ostroff
Carter R. Nichols
TROUTMAN PEPPER HAMILTON SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23454
Telephone: (757) 687-7500
E-mail: john.lynch@troutman.com
E-mail: ethan.ostroff@troutman.com
E-mail: carter.nichols@troutman.com

*Counsel for Defendants Ocwen Loan Servicing,*
*LLC and Bank of New York Mellon*