# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### Indianapolis Division

DEMONA FREEMAN,

      Plaintiffs,

  v.

OCWEN LOAN SERVICING, LLC, *et al.*,

      Defendants.

Case No. 1:18-CV-3844-TWP-DLP

## DEFENDANTS' MOTION *IN LIMINE* REGARDING DEFENDANTS NOT BEING ADVERSELY AFFECTED BY THE VERDICT AND MEMORANDUM IN SUPPORT

Defendants Ocwen Loan Servicing, LLC ("Ocwen") and Bank of New York Mellon ("BONY") (collectively, "Defendants"), by counsel, respectfully submit this Motion *in Limine* (the "Motion") and Memorandum in Support.

For the reasons explained below, Defendants move for entry of an Order prohibiting, at the trial of the above-styled action, any mention of or reference to, by any party herein, in opening statements, in the questioning of witnesses, in documentary evidence and exhibits, in closing arguments or in any other manner before the jury, that Defendants will not allegedly be adversely affected by the verdict.

Plaintiff should not be permitted to invite improper and prejudicial inferences that risk biasing the jury against Defendants because Defendants will allegedly not suffer adverse, or significant, consequences as a result of a jury verdict against them. Any such references are entirely irrelevant to the claims and defenses in this case or, at the very least, their probative value is substantially outweighed by the risks of unfair prejudice. *See* Fed. R. Evid. 403; *see also Howell*

1

*v. Dorn*, 2010 WL 8815884, at *1 (E.D. Va. 2010) (granting Motion *in Limine* to exclude any argument, evidence, and/or comment about the alleged adverse effect of a verdict against the defendant); *Stogsdill v. Roman*, 2010 WL 11530415, at *1 (E.D. Ark. 2010) (granting Motion *in Limine* to exclude any statement to the jury that a verdict for the plaintiff would have no adverse effect on the defendant). Furthermore, any such reference will simply serve as an improper way to circumvent the inadmissibility of evidence regarding Defendants' size, resources, and net worth. *See generally* Defendants' Motion *in Limine* Regarding Defendants' Size and Resources.

For all of the above reasons, Defendants Ocwen Loan Servicing, LLC and Bank of New York Mellon respectfully request that the Court grant their Motion, exclude any mention of or reference to Defendants allegedly not being adversely affected by the verdict, and grant such other and further relief as the Court deems appropriate and just.

Dated: December 27, 2022         Respectfully submitted,

By: */s/ John C. Lynch*

John C. Lynch
Ethan G. Ostroff
Carter R. Nichols
TROUTMAN PEPPER HAMILTON SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23454
Telephone: (757) 687-7500
E-mail: john.lynch@troutman.com
E-mail: ethan.ostroff@troutman.com
E-mail: carter.nichols@troutman.com

*Counsel for Defendants Ocwen Loan Servicing, LLC and Bank of New York Mellon*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been served via electronic filing to all parties of record this 27th day of December 2022.

Dated: December 27, 2022          Respectfully submitted,

By: */s/ John C. Lynch*

John C. Lynch
Ethan G. Ostroff
Carter R. Nichols
TROUTMAN PEPPER HAMILTON SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23454
Telephone: (757) 687-7500
E-mail: john.lynch@troutman.com
E-mail: ethan.ostroff@troutman.com
E-mail: carter.nichols@troutman.com

*Counsel for Defendants Ocwen Loan Servicing, LLC and Bank of New York Mellon*