# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# Indianapolis Division

| | |
|---|---|
| DEMONA FREEMAN,<br>    *Plaintiff*,<br><br>    v.<br><br>OCWEN LOAN SERVICING, LLC,<br>THE BANK OF NEW YORK MELLON f/k/a<br>THE BANK OF NEW YORK as successor in<br>interest to JPMorgan Chase Bank, N.A., as Trustee<br>for C-BASS Mortgage Loan Asset-Backed<br>Certificates, Series, 2005-RPI<br>    *Defendants*. | )<br>)<br>)<br>) Case No. 1:18-cv-03844-TWP-MJD<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S SECOND AMENDED TRIAL EXHIBIT LIST

Plaintiff, Demona A. Freeman, by and through undersigned counsel, and in accordance with the requirements of the Court's Final Pretrial Conference Order, sets forth the following list of exhibits she intends to utilize at trial:

| EXHIBIT | BATES NUMBERS | DATE | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| 1 | - | - | [Demonstrative Exhibit]<br>Timeline of Relevant Events and Issues |
| 2 | - | - | [Demonstrative Exhibit]<br>Photograph of Plaintiff's Home |
| 3 | - | - | [Demonstrative Exhibit]<br>Chart containing chronology of filings, letters, calls directed by Ocwen to Plaintiff with summaries and citation to supporting exhibit/bates no. |
| 4 | - | 12/2/2003 | Note and Mortgage<br>Exhibit O to Docket 84 - Second Amended Complaint |
| 5 | 1-63 | 02/28/2019 | Detail Transaction History<br>12/21/2007 -<br>Next due date 08/01/2018 |
| 6 | - | | Notice of Final Cure, *In Re: Demona Ann Freeman*, Case No. 12-04713-JJG-13, filed on April 12, 2017, "Filing No. 109." |

| EXHIBIT | BATES NUMBERS | DATE | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| 7 | - | Apr. 24, 2017 | Response to Notice of Final Cure, *In Re: Demona Ann Freeman*, Case No. 12-04713-JJG-13, filed on, "Claim 8 Filing No. doc." |
| 8 | - | Oct. 26, 2017 | The Trustees' Final Report and Account, *In Re: Demona Ann Freeman*, Case No. 12-04713-JJG-13,, "Filing No. 123." |
| 9 | - | Nov. 21, 2017 | Order of Discharge, *In Re: Demona Ann Freeman*, Case No. 12-04713-JJG-13, "Filing No. 152." |
| 10 | - | Aug. 15, 2018 | Complaint for Foreclosure, *Bank of New York Mellon v. Demona Freeman,* 29D03-1808-MF-007526 |
| 11 | - | Febr. 21, 2018 | Notice of Relief from Stay and Abandonment, *Bank of New York Mellon v. Demona Freeman,* 29D01-0904-MF-000484 |
| 12 | - | Aug. 16, 2018 | Complaint for Foreclosure, *Bank of New York Mellon v. Demona A. Freeman*, 29D03-1808-MF-007526 |
| 13 | - | - | Defendant Ocwen Loan Servicing's Memorandum In Support of Summary Judgment |
| 14 | 64-65 | 01/07/2019 | Bryan Cave (Maria Vathis) - response to 10/29/2018 QWR |
| 15 | 66 | 01/04/2019 | Ocwen accounting of BK payments |
| 16 | 67-72 | 01/07/2019 | Payoff quote = $85,610.61 |
| 17 | 75-79 | 01/07/2019 | Annual escrow disclosure - BK Projections for coming year |
| 18 | 80-85 | 10/29/2018 | First Notice of Error |
| 19 | 87-93 | 11/13/2018 | Second Notice of Error |
| 20 | 94-99 | 12/04/2018 | Third Notice of Error |
| 21 | 101-109 | 01/07/2019 | Bryan Cave (Maria Vathis) - response to 10/29/2018 QWR (with enclosures) |
| 22 | 110-118 | 01/11/2019 | Fourth Notice of Error |
| 23 | 119-219 | 01/22/2019 | Bryan Cave - response to 11/13/2018 Second NOE (with enclosures) |
| 24 | 220 | 01/22/2019 | Bryan Cave - response to 12/04/2018 Third NOE |
| 25 | 222 | 03/21/2019 | Troutman Sanders response to 01/11/2019 Fourth NOE |
| 26 | 227 | 06/19/2019 | Troutman Sanders response to 05/17/2019 NOE |
| 27 | 528-531 | 07/12/2018 | RFI |
| 28 | 1234-1248 | | Mortgage - "Rerecord to cancel voided document" |

| EXHIBIT | BATES NUMBERS | DATE | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| 29 | 1249-1256 | | Recorded docs on this property |
| 30 | 1257-1271 | | Mortgage - "Rerecord to cancel voided document" Assignment of Mortgage |
| 31 | 1272-1320 | | Recorded docs on this property |
| 32 | 1321-1577 | | Collateral File |
| 33 | 1578-1605 | | FC docs |
| 34 | 1606-1616 | | 1098's issued to Freeman |
| 35 | 1617-1644 | | Litton Payment History |
| 36 | 1645-2590 | | Litton Loan File (LPS Transfer file) |
| 37 | 2591-2592 | | Ocwen "welcome" letter |
| 38 | 2593 | 11/17/2011 | Ocwen Statement |
| 39 | 2594 | 12/04/2014 | Ocwen request to provide insurance info |
| 40 | 2598 | 12/11/2015 | RM assigned |
| 41 | 2600 | 01/04/2018 | Ocwen Statement |
| 42 | 2602 | 02/04/2015 | Ocwen letter - correct borrower name on insurance |
| 43 | 2604 | 01/04/2015 | Final notice to provide insurance info |
| 44 | 2609 | 01/27/2017 | Ocwen Statement |
| 45 | 2611 | 02/06/2017 | RM assigned |
| 46 | 2612 | 02/07/2018 | New Hazard Policy Acknowledgment |
| 47 | 2618 | 09/10/2011 | Final Escrow Account Disclosure Statement (Litton) |
| 48 | 2622 | 02/24/2017 | Ocwen Statement |
| 49 | 2625 | 03/01/2018 | Payment change on 05/01/2018<br>Curr = $913.80<br>New = $957.80 |
| 50 | 2627 | 03/01/2018 | New Hazard Policy Acknowledgment |
| 51 | 2633 | 03/05/2018 | New Hazard Policy Acknowledgment |
| 52 | 2659 | 03/21/2018 | Annual Escrow disclosure - BK Projections for coming year |
| 53 | 2664 | 03/21/2018 | Annual Escrow disclosure - BK Account History |
| 54 | 2668 | 04/10/2017 | Received payment on 04/05/2017 iao $848.63 |
| 55 | 2672 | 05/07/2018 | Mortgage Amendment is Required to make future telephone or online non-recurring payments |
| 56 | 2679 | 05/22/2017 | Received payment on 05/17/2017 iao $870.00 |
| 57 | 2683 | 05/25/2017 | Payment returned unpaid by bank<br>Total due = $7,261.99 |
| 58 | 2693 | 05/30/2018 | Notice of Default |

| EXHIBIT | BATES NUMBERS | DATE | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| | | | Total due = $3,793.29 |
| 59 | 2705 | 06/04/2018 | Payment received 05/04/2018 iao $960.00 |
| 60 | 2706 | 06/04/2018 | Escrow Disclosure Statement - Bankruptcy Closed Account History |
| 61 | 2709 | 06/04/2018 | Escrow Disclosure Statement - Bankruptcy Closed - Projections for coming year |
| 62 | 2730 | 07/16/2018 | Payoff = $89,686.59 |
| 63 | 2739-2814 | 07/23/2018 | Account Payment History |
| 64 | 2815-2818 | 07/20/2018 | Reinstatement Quote = $6,587.05 |
| 65 | 2824-2829 | 07/20/2018 07/23/2018 | Responses to RFI |
| 66 | 2838 | 03/21/2018 | Escrow Disclosure Statement - Bankruptcy Projections for coming year |
| 67 | 2847 | 07/23/2018 | Payoff = $90,640.91 |
| 68 | 2862 | 08/02/2018 | Payoff = $90,953.41 |
| 69 | 2927-2942 | 10/06/2016 | Response to RFI - Transaction history |
| 70 | 3058-3081 | 06/21/2017 | Docs re: damage to property Insurance ck = $872.40 payable to Freeman and Ocwen (ACV - less $4978 ded) |
| 71 | 3178-3194 | 12/24/2018 | Detail Transaction History |
| 72 | 3195 - 3834, 1126 | 09/02/2011-12/24/2018 | COMMENTS LOG |
| 73 | 3835-3891 | 12/05/2011-12/19/2018 | ACCOUNT TRANSACTIONS |
| 74 | 3977-3990 | 10/06/2004-09/01/2011 | LITTON PAYMENT HISTORY (Screenshots) |
| 75 | 4444-4513 | 01/22/2018 | Research Compliance Procedure V 8 – Call Center Operations |
| 76 | 4514-4583 | 03/30/2018 | Research Compliance Procedure V 9 – Call Center Operations |
| 77 | 4584-4659 | 07/18/2018 | Research Compliance Procedure V 10 - Call Center Operations |
| 78 | 4660-4745 | 01/30/2019 | Research Compliance Procedure V 11 - Call Center Operations |
| 79 | 4746-4825 | 03/13/2019 | Research Compliance Procedure V 12 - Call Center Operations |
| 80 | 4826-4832 | 05/19/2016 | Ocwen Credit Reporting Disputes Procedure - Version 2 |
| 81 | 4833-4857 | 12/19/2017 | Ocwen Credit Reporting Procedure - Version 6 |

| EXHIBIT | BATES NUMBERS | DATE | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| 82 | 4858-4882 | 02/21/2018 | Ocwen Credit Reporting Procedure - Version 7 |
| 83 | 4883-4905 | 07/16/2018 | Ocwen Credit Reporting Procedure - Version 8 |
| 84 | 4906-4927 | 12/20/2018 | Ocwen Credit Reporting Procedure - Version 9 |
| 85 | 4928-4957 | 12/09/2016 | Ocwen Fair Credit Reporting Act Policy - Version 3 |
| 86 | 4958-4987 | 07/24/2017 | Ocwen Fair Credit Reporting Act Policy - Version 4 |
| 87 | 4988-4997 | 12/19/2016 | Ocwen Servicing Oversight Credit Reporting Procedure - Version 4 |
| 88 | 4998-5006 | 05/08/2017 | Ocwen Servicing Oversight Credit Reporting Procedure - Version 5 |
| 89 | 5007-5036 | 06/25/2018 | Ocwen Fair Credit Reporting Act Policy - Version 5 |
| 90 | | 04/06/2022 | Jay Patterson's Expert Report and accompanying Exhibits |
| 91 | | 05/18/2016-12/23/2020 | Dr. Beard - Riverview Health Medical records |
| 92 | | 05/06/2022 | Michael Goldman's Expert Report and accompanying Exhibits |
| 93 | | 05/05/2022 | Don Coker's Expert Report and Exhibits |
| 94 | 118 - 139 | 09/01/2011 | Ocwen's Agreement on Mortgage Servicing Practices with the New York Department of Financial Services ("NYDFS") (*Exhibit 17 to Complaint*) [Redacted version] |
| 95 | 140 - 149 | 12/05/2012 | *In the Matter of Ocwen Loan Servicing, LLC*, New York Department of Financial Services - Consent Order Under New York Banking Law § 44 (*Exhibit 18 to Complaint*) [Redacted version] |
| 96 | 150 - 172 | 12/22/2014 | *In the Matter of Ocwen Loan Servicing, LLC*, New York Department of Financial Services - Consent Order Under New York Banking Law § 44 (*Exhibit 19 to Complaint*) [Redacted version] |
| 97 | 173 - 346 | 02/26/2014 | *Consumer Financial Protection Bureau ("CFPB"), et al. v. Ocwen Financial Corporation and Ocwen Loan Servicing, LLC*, United States District Court for the District of Columbia, 13-cv-2025 (RMC) - 2014 National Mortgage Servicing Settlement between Ocwen and the CFPB and 49 States (*Exhibit 20 to Complaint*) [Redacted version] |
| 98 | 347 - 548 | 12/2013 | *In Re: Ocwen Financial Corporation and Ocwen Loan Servicing, LLC*., Case No. C-13-1153 - Settlement Agreement and Consent Order by and |

| EXHIBIT | BATES NUMBERS | DATE | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| | | | between Ocwen and Multi-State Mortgage Regulators<br>[Redacted version] |
| 99 | 004828 | 2/24/2021 | Expanded Loan History from Stage 5 including all change dates. |
| 100 | 006914 | Mar., 2015 | Risk Convergence Report<br>[Redacted version] |
| 101 | 006915 | April, 2015 | Risk Convergence Report<br>[Redacted version] |
| 102 | 006916 | May, 2015 | Risk Convergence Report<br>[Redacted version] |
| 103 | 006917 | June, 2015 | Risk Convergence Report<br>[Redacted version] |
| 104 | 006918 | July, 2015 | Risk Convergence Report<br>[Redacted version] |
| 105 | 006919 | Aug., 2015 | Risk Convergence Report<br>[Redacted version] |
| 106 | 006920 | Sept., 2015 | Risk Convergence Report<br>[Redacted version] |
| 107 | 006921 | Oct., 2015 | Risk Convergence Report<br>[Redacted version] |
| 108 | 006922 | Nov., 2015 | Risk Convergence Report<br>[Redacted version] |
| 109 | 006923 | Dec., 2015 | Risk Convergence Report<br>[Redacted version] |
| 110 | 006924 | Jan., 2016 | Risk Convergence Report<br>[Redacted version] |
| 111 | 006925 | Febr., 2016 | Risk Convergence Report<br>[Redacted version] |
| 112 | 371-412 | Revised as of January 17, 2014* | StoneTurn Group<br>First Monitor Compliance Report<br>[Redacted version] |
| 113 | 933-1025 | 10.17.2014 | StoneTurn Group<br>Fourth Monitor Compliance Report<br>[Redacted version] |
| 114 | 1026-1201 | 3.31.2015 | StoneTurn Group<br>Fifth Monitor Compliance Report<br>[Redacted version] |
| 115 | 1202-1355 | 6.19.2015 | StoneTurn Group<br>Sixth Monitor Compliance Report<br>[Redacted version] |
| 116 | 008410-011203 | July 13, 2015 | Goldin Associates, LLC<br>Initial Review Report |

| EXHIBIT | BATES NUMBERS | DATE | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| | | | [Redacted version] |
| 117 | 008410-011203 | August 3, 2015 | Goldin Associates, LLC<br>July 2015 Monthly Action Progress Report<br>[Redacted version] |
| 118 | 008410-011203 | September 9, 2015 | Goldin Associates, LLC<br>August 2015 Monthly Action Progress Report<br>[Redacted version] |
| 119 | 008410-011203 | October 23, 2015 | Goldin Associates, LLC<br>Quarterly Review Report<br>[Redacted version] |
| 122 | 008410-011203 | October 23, 2015 | Goldin Associates, LLC<br>September 2015 Monthly Action Progress Report<br>[Redacted version] |
| 123 | 008410-011203 | September 9, 2015 | Goldin Associates, LLC<br>August 2015 Monthly Action Progress Report<br>[Redacted version] |
| 124 | 008410-011203 | November 17, 2015 | Goldin Associates, LLC<br>October 2015 Monthly Action Progress Report<br>[Redacted version] |
| 125 | 008410-011203 | December 18, 2015 | Goldin Associates, LLC<br>November 2015 Monthly Action Progress Report<br>[Redacted version] |
| 126 | 008410-011203 | February 3, 2016 | Goldin Associates, LLC<br>Quarterly Review Report<br>[Redacted version] |
| 127 | 008410-011203 | February 3, 2016 | Goldin Associates, LLC<br>December 2015 Monthly Action Progress Report<br>[Redacted version] |
| 128 | 008410-011203 | March 4, 2016 | Goldin Associates, LLC<br>January 2016 Monthly Action Progress Report<br>[Redacted version] |
| 129 | 008410-011203 | March 24, 2016 | Goldin Associates, LLC<br>February 2016 Monthly Action Progress Report<br>[Redacted version] |
| 130 | 008410-011203 | May 13, 2016 | Goldin Associates, LLC<br>Quarterly Review Report<br>For the Period January 1, 2016 to March 31, 2016<br>[Redacted version] |
| 131 | 008410-011203 | May 13, 2016 | Goldin Associates, LLC<br>March 2016 Monthly Action Progress Report<br>[Redacted version] |
| 132 | 008410-011203 | May 26, 2016 | Goldin Associates, LLC<br>April 2016 Monthly Action Progress Report<br>[Redacted version] |

| EXHIBIT | BATES NUMBERS | DATE | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| 133 | 008410-011203 | July 27, 2016 | Goldin Associates, LLC<br>*June 2016 Monthly Action Progress Report*<br>[Redacted version] |
| 134 | 008410-011203 | June 21, 2016 | Goldin Associates, LLC<br>*May 2016 Monthly Action Progress Report*<br>[Redacted version] |
| 135 | 008410-011203 | July 27, 2016 | Goldin Associates, LLC<br>*Quarterly Review Report*<br>[Redacted version] |
| 136 | 008410-011203 | August 30, 2016 | Goldin Associates, LLC<br>*July 2016 Monthly Action Progress Report*<br>[Redacted version] |
| 137 | 008410-011203 | September 28, 2016 | Goldin Associates, LLC<br>*August 2016 Monthly Action Progress Report*<br>[Redacted version] |
| 138 | 008410-011203 | November 3, 2016 | Goldin Associates, LLC<br>*Quarterly Review Report*<br>*For the Period July 1, 2016 to September 30, 2016*<br>[Redacted version] |
| 139 | 008410-011203 | November 3, 2016 | Goldin Associates, LLC<br>*September 2016 Monthly Action Progress Report*<br>[Redacted version] |
| 140 | 008410-011203 | November 30, 2016 | Goldin Associates, LLC<br>*October 2016 Monthly Action Progress Report*<br>[Redacted version] |
| 141 | 008410-011203 | December 21, 2016 | Goldin Associates, LLC<br>*November 2016 Monthly Action Progress Report*<br>[Redacted version] |
| 142 | 008410-011203 | January 31, 2017 | Goldin Associates, LLC<br>*Quarterly Review Report*<br>[Redacted version] |
| 143 | 008410-011203 | January 31, 2017 | Goldin Associates, LLC<br>*December 2016 Monthly Action Progress Report*<br>[Redacted version] |
| 144 | - | - | Trans Union NonParty Response |
| 145 | - | - | Equifax NonParty Responses |
| 146 | - | - | OneMain NonParty Response |
| 147 | - | - | Updated Invoice of Attorney Fees from CQMSG |
| 148 | - | - | Ocwen Call Logs |
| 149 | - | - | Door Tags |
|  |  |  | Plaintiff reserves the right to introduce any exhibit identified by Defendants |

Dated: December 27, 2022                    Respectfully submitted,


                                            */s/ Travis W. Cohron*
                                            Travis W. Cohron, No. 29562-30
                                            Olivia A. Hess, No. 36166-49
                                            **Clark Quinn Moses Scott & Grahn, LLP**
                                            320 N. Meridian Street, Suite 1100
                                            Indianapolis, IN 46204
                                            Telephone: (317) 637-1321
                                            Fax: (317) 687-2344
                                            tcohron@clarkquinnlaw.com
                                            ohess@clarkquinnlaw.com

                                            */s/ Nick Wooten*
                                            Nick Wooten
                                            NICK WOOTEN, LLC
                                            5125 Burnt Pine Drive
                                            Conway, Arkansas 72034
                                            (833) 937-6389
                                            nick@nickwooten.com

                                            *Counsel for Plaintiff Demona A. Freeman*

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2022, a copy of Plaintiff's Final Exhibit List was served via email on the following:

Carter R. Nichols
Ethan G. Ostroff
John C. Lynch (admitted *Pro Hac Vice*)
**TROUTMAN SANDERS LLP**
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23454
Telephone: (757) 687-7500
carter.nichols@troutman.com
ethan.ostroff@troutman.com
john.lynch@troutman.com
*Counsel for Ocwen Loan Servicing, Inc. and The Bank of New York Mellon*

                                            */s/ Travis W. Cohron*
                                            Travis W. Cohron, No. 29562-30


**Clark, Quinn, Moses, Scott & Grahn, LLP**
320 N. Meridian Street, Suite 1100
Indianapolis, IN 46204
tcohron@clarkquinnlaw.com