UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Terre Haute Division

| | |
|---|---|
| DEMONA FREEMAN, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. 1:18-cv-03844-TWP-MJD |
| ) | |
| OCWEN LOAN SERVICING, LLC., and ) | |
| THE BANK OF NEW YORK MELLON f/k/a ) | |
| THE BANK OF NEW YORK as successor in ) | |
| interest to JPMorgan Chase Bank, N.A., as Trustee ) | |
| for C-BASS Mortgage Loan Asset-Backed ) | |
| Certificates, Series, 2005-RPI ) | |
| ) | |
| *Defendants*. ) | |

**PLAINTIFF'S DEPOSITION DESIGNATIONS FOR USE AT TRIAL**

In connection with the trial currently scheduled to commence on February 13, 2023, and pursuant to Rule 32 of the Federal Rules of Civil Procedure, Plaintiff Demona Freeman ("Freeman"), by and through undersigned counsel, respectfully give notice of the following deposition designations upon which she may rely in her case in chief. Plaintiff reserves the right to rely on other portions of any or all deposition transcripts in connection with rebuttal, for impeachment pursuant to Fed. R. Civ. P. 32, or in the event witnesses relied upon by the Defendants are later determined to be unavailable to provide live testimony at trial.

1. Pursuant to Fed. R. Civ. P. 32(a)(2), should Mr. Verdooren later determined to be unavailable for trial, Plaintiff designates the entirety of his deposition on March 23, 2022 , as the designated corporate representative of Ocwen Loan Servicing, LLC pursuant to Fed. R. Civ. P. 30(b)(6).

2. Pursuant to Fed. R. Civ. P. 32(a)(4)(B), the following excerpts of the

March 9, 2022, deposition of non-party witness Maria Vathis, who, based upon previous representations of the Defendants, is located more than 100 miles from the United States District Court for the Southern District of Indiana, 921 Ohio Street, Terre Haute, Indiana 47807:

- Vathis Dep. 9:19-11:5
- Vathis Dep. 11:6-13
- Vathis Dep. 11:14-17
- Vathis Dep. 12:6-11
- Vathis Dep. 14:7-14
- Vathis Dep. 14:19-15:2
- Vathis Dep. 15:7-11
- Vathis Dep. 17:16-24
- Vathis Dep. 23:22-25; 24:1
- Vathis Dep. 25:1-5
- Vathis Dep. 55:11-16
- Vathis Dep. 56:1-3
- Vathis Dep. 59:16-25

    3.    Pursuant to Fed. R. Civ. P. 32(a)(4)(B), the following excerpts of the April 6, 2022, deposition of current or former Ocwen employee Thomas Muldoon, who, upon information and belief, is located more than 100 miles from the United States District Court for the Southern District of Indiana, 921 Ohio Street, Terre Haute, Indiana 47807:

- Muldoon Dep. 7:21-25

- Muldoon Dep. 8:1-23
- Muldoon Dep. 9:24-25
- Muldoon Dep. 10:1-25
- Muldoon Dep. 11:1-9
- Muldoon Dep. 12:1-25
- Muldoon Dep. 13:1-25
- Muldoon Dep. 16:21-25
- Muldoon Dep. 17:1-19
- Muldoon Dep. 18:22-25
- Muldoon Dep. 19:1-4
- Muldoon Dep. 20:22-25
- Muldoon Dep. 21:7-13
- Muldoon Dep. 21:18-25
- Muldoon Dep. 22:1-25
- Muldoon Dep. 23:12-25
- Muldoon Dep. 24:1-25
- Muldoon Dep. 25:1-25
- Muldoon Dep. 26:1-25
- Muldoon Dep. 27:1-25
- Muldoon Dep. 28:1-25

- Muldoon Dep. 29:1-25
- Muldoon Dep. 30:2-11
- Muldoon Dep. 32:19-25
- Muldoon Dep. 33: 1-20
- Muldoon Dep. 34: 1-7
- Muldoon Dep. 35: 1-25
- Muldoon Dep. 38:11-24
- Muldoon Dep. 39:1-25
- Muldoon Dep. 41:9-25
- Muldoon Dep. 42:5-14
- Muldoon Dep. 44:1-25
- Muldoon Dep. 45: 22-24
- Muldoon Dep. 46:1-25
- Muldoon Dep. 47:1-25
- Muldoon Dep. 48:1-25
- Muldoon Dep. 49: 21-25
- Muldoon Dep .50:1-25

4. Pursuant to Fed. R. Civ. P. 32(a)(2), and in conjunction with Defendants prior representations, Plaintiff designates the entirety of the May 13, 2022 deposition of Defendants' purported expert witness Michael Goldman.

Respectfully submitted,

*/s/ Travis W. Cohron*
Travis W. Cohron, No. 29562-30
Olivia A. Hess, No. 36166-49
**CLARK QUINN MOSES SCOTT & GRAHN, LLP**
320 N. Meridian Street, Suite 1100
Indianapolis, IN 46204
Telephone: (317) 637-1321
Fax: (317) 687-2344
tcohron@clarkquinnlaw.com
ohess@clarkquinnlaw.com

*/s/ Nick Wooten*
Nick Wooten
DC Law, PLLC
1012 W Anderson Lane
Austin, TX 78757
(512) 220-1800
(512) 220-1801 FAX
nick@texasjustice.com

***Counsel for the Plaintiff***

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 27, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                */s/ Travis W. Cohron*
                                                Travis W. Cohron, No. 29562-30

**CLARK, QUINN, MOSES, SCOTT & GRAHN, LLP**
320 N. Meridian Street, Suite 1100
Indianapolis, IN 46204